# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BAD OLD MAN,<br><br>Defendant. | Case Nos. CR 13-52-GF-BMM<br>CR-13-76-GF-BMM<br><br>**ORDER**<br>**AMENDING JUDGMENT** |

Defendant Michael Bad Old Man having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgments (Doc. 218, 50) shall be amended to read as follows:

"Until September 2, 2020, at 8:30 p.m.; causes CR 13-52-GF-BMM and CR 13-76-GF-BMM, to run concurrent. Defender is to be held in custody until September 2, 2020 at 8:30 p.m., then transported directly to Connections Corrections in Butte, Montana."

DATED this 31st day of August, 2020.

Brian Morris, Chief District Judge
United States District Court